3:20-CV-697-JAG



A. D. 2020 August 31st
809 Edgehill Road
Richmond, VA 23222
Approx. 11: 05 P.M.

| U.S. District Court | Governor Ralph Northam | U. S. Postmaster General | Government of Russia |
|---|---|---|---|
| Eastern District of VA | P. O. Box 1475 | 475 L'Enfant Plaza | 4 Staraya Square |
| 701 East Broad Street | Richmond, VA 23218 | S. W. Washington, D. C. | Moscow, Russia |
| Richmond, VA 23219 | Attn: Governor Northam | 20260 | 103132 |
| Attn: Judge Robert Payne | | Attn: Postmaster | Attn: President |
| And Chief Judge | | Louis DeJoy U.S.P.S. | Vladimir V. Putin |

Dear Chief Judge: I am herewith, providing the check for my Federal Lawsuit against the Scott's Company and this here Court, in the amount of $400.00. Purchased on 8/17/2018! And I am preferring charges with respect to the Racketeering and corrupt Organizations and efforts of: The Scott's Company, its agents: to include "ALL' Joint Tort Feasers; herewith and abroad, as well as its Quango agents (Spies and troublemakers) to include: "In My Opinion" Scott Craig and Jennifer Taylor, now known as Scott and Jenny Craig. The other agents included herewith are: The Christian and Barton Law Firm, and E. Ford Stephens, and former and deceased judge Richard Williams, whom was/were: as a matter of "Salient Fact;" complicit in the theft(s) of; Highly advanced fertilizer products and bagged soils, to include: Miracle Gro Lawn, All purpose, Potting and the like; *SOILS*, of which judge Richard Williams provided, in their entirety to: The Scotts Company; as judge Richard Williams did in fact, or had ordered to be given to the Scotts agents: My exhibits, done in triplicate for the providence of venue, as the one provided for E. Ford Stephen and the Christian and Barton Law Firm, was sufficient enough for them to have to further their continued acts of thievery, with full blessing from every: Court and Regulatory commission(s) in the Country have being complicit. Relative to act(s) of loyalty to free masonry, and the most extreme hatred of Black People: herewith exiled by *ALMIGHTY GOD*; here: "This Day;" in America, and I am herewith formally and heretofore: Requesting; with application of Notary Seal: "Injunctive Relief;" with respect to the continued acts of: "In My Opinion;" Scott and Jennifer Taylor-Craig, as well as others in the community, to possibly include "In My Opinion" the occupant(s) of 815 Edgehill Rd. For continuously and overly and redundantly: Hacking my computer, since and before the purchase of this: Herewith; provided check! I'm also requesting of the U.S. Magistrate of this here Court, an investigation into the illegal complicity of the United States Postal Service, as well as the: Central Virginia Legal Aid Society located at 101 West Broad Street, Richmond, VA 23220. And as such, the U. S. Postal Service have been: "As a matter of Salient Fact(s) been: "*STEALING AND REDIRECTING MY "CHRISTIAN," NEWSLETTERS*, with the full blessings (curse) and will of the U.S. Postmaster, as well as the Chief investigator and supervisor of the U.S. Post Office located at 1801 Brook Road, Richmond, VA 23222 as well as: Possibly: "In My Opinion;" some from among the license plate numbers of said vehicles, recorded in poor hand writing on the enlarged page herewith included. The license plates are written from among the friends and associates of both Scott and Jenny Craig at 807 Edgehill Rd. Richmond, and use to celebrate the lies and false charges filed overly and redundantly by both: Scott and Jenny Craig. After the second filing of false charges against me at the Manchester Court

House, in both courtrooms of judges D. E. Cheeks and David Hicks, have I not seen any of their vehicles, as they realized my intentions to Subpoena: both judges, their friends as well as a witnessing: Commonwealths Attorney; as to the acts and proceedings of judge D. E. Cheeks, and I am herewith: *"FORMALLY, DEMANDING THE USE AND APPLICATION OF LIE DETECTION TESTING AND DRUG TESTING FOR "ALL" MIND ALTERING SUBSTANCES;"* for "ALL" witnesses to possibly and most definitely include: *the presiding judge*!!! As I'm heavily reliant upon the *PRESENCE, GOVERNANCE, AND SURE DECISION OF THE JUDGE ETERNAL, IN THE ABSENCE OF THE PRINCE OF PEACE. Respectively, GOD HAS CERTIFIED HIS ATTENTIVENESS, based upon the Earthquake realized on: 8/23/11 and very recently on 8/9/20 at 807 A.M. at Sparta N.C. felt at the: Fields of the Woods, of the Church of GOD of Prophecy at Murphy, N.C. near Cherokee, N. C. where on the sides of each Mountain of the Valley of the Fields of the Woods, are recorded in large Caps.: THE TEN COMMANDMENTS. Therefore, I will be formally presenting my case against these, to include: The Bayer Pharmaceutical Conglomerate and its owned entity; Purcell Industries! And such will be presented between: A. D. 2020 October 1st and not later than; A. D. 2020 November 1st ahead of the Election(s). If these provisions are not satisfactory, then keep the check paid as before some 20 + years ago when Scotts, together with the Christian and Barton Law Firm and judge: Richard Williams chose to; STEAL, that which belongs to: THE ALMIGHTY, AND I WILL RELY UPON AN UNBREAKABLE FAITH IN HIM: TO SEND FORTH A 12.0 QUAKE STARTING FROM BENEATH THE WHITE HOUSE AND THE U.S. SUPREME COURT AS A 20.0 QUAKE AND ENDING HERE IN RICHMOND AT 801 East Broad Street and at City Hall and the John Marshall Courts building where my lawsuit started, and where my wife Regina and I were married in a Judges Chamber by Court Appointed Officiate: Robert L. Ford, Jr. and he* said in his own words: "Now you two stay together, because I gave you a tight one here today! *Again, I'm requesting: Injunctive relief with respect to the Scotts/Bayer/Round-Up; settlement,* such that it remain open until the end of this case: delayed by the hacking of our computer, and the continued thefts of the U.S. Postal Service(s) the avenues of which venue is to proceed! Thank You Herewith: Sincerely;

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF RICHMOND
On this 1 day of SEP 2020, I certify that this document is a true, exact, complete, and unaltered copy made by me and presented to me, by the document's custodian _Eric L. Tinsley_ and that to the best of my knowledge, that the photocopied document is not a publicly recorded document.
_[signature]_
Notary Public's Signature

A.D. 2020
Sept. 1ST

Eric Lang Tinsley
Inventor of:
Miracle-Gro Soils!

To: Governor Northam; I have requested your presence here: at and in the block of; 809 and 807 Edgehill Road, to witness the present actions of the neighbors raising, breeding, hoarding and weaponizing of a mass of feral cat for the purpose of: "Illegal Gentrification." I am also requesting an investigation into the action of mayor Levar Stoney and the deceptive removal of the confederate statues, and a look into why Collette McEachin is dragging her feet on the matter, and the participation of Animal Controls: Christi Chipps-Peters role in the intended act of helping to railroad me, and whom her accomplice is at the U. S. Post Office at 801 Brook Rd. Richmond, VA. And To the: Russian Federation and to President Vladimir V. Putin; I would like to Formally request of you, your most prominent LIE Detector investigators, and drug testers, Please consider absorbing the cost of such Sir, as You are a: POWERFUL LEADER; Commission by the: *WILL, OF ALMIGHTY GOD! THANKYOU!!! And I Pray Your GREAT PRESENCE IN THE PACIFIC AND ALL OUR NATIONS COASTS, WITH THE CHINESE AND THE NORTH KOREANS!! AMEN!!!*

```
TYEE ALLEN
NOTARY PUBLIC
REGISTRATION # 7866449
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
FEBRUARY 29, 2024
```